UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRANCE E. MITCHELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2628** |
| **GLENN BELLE, GABRIEL J. FAUCETTA, NEWELL NORMAND, CORRECT HEALTH (JPCC MEDICAL STAFF), JEFFERSON PARISH, BLANC GOODMAN** | **SECTION "A"(4)** |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion to Dismiss (Rec. Doc. No. 11)** filed by the defendant, Parish of Jefferson, and the **Motion to Dismiss (Rec. Doc. No. 12)** filed by the defendant, Correcthealth Jefferson, LLC, are **DISMISSED WITHOUT PREJUDICE** as moot.

**IT IS FURTHER ORDERED** that Terrance E. Mitchell's 42 U.S.C. § 1983 complaint against the defendants, Glenn Belle, Deputy Gabriel J. Faucetta, Sheriff Newell Normand, Correcthealth Jefferson, LLC, Deputy Blanc Goodman, and the Parish of Jefferson, is **DISMISSED WITH PREJUDICE** for failure prosecute pursuant to Fed. R. Civ. P. 41(b).

April 2, 2013

_____
UNITED STATES DISTRICT JUDGE